**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:08CR00290-002 SWW

CAMEKO L. COGSHELL

<u>ORDER</u>

Defendant appeared for a change of plea hearing before this Court on February 27, 2009 at which time the Court directed that the Order Setting Condition of Release [doc #15] be modified to include drug testing.

IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified to include the condition of drug testing (7)(q) under the supervision and guidance of the U. S. Probation Office.  All other conditions remain in effect.

DATED this 4th day of March 2009.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE