# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                      NO. 4:08CR00290-002  SWW

CAMEKO L. COGSHELL

### ORDER

The above entitled cause came on for hearing on government's petition to revoke the probation [doc #96] and sealed supplemental petition to revoke probation [doc #98] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the statements of counsel, the Court found that defendant has violated the conditions of probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the probation previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of EIGHT(8) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant participate in residential or non-residential substance abuse treatment, mental health counseling with emphasis on anger management, and the *Mothers and Infants Nurturing Together* program.

There will be a term of THREE (3) YEARS of supervised release following the term of incarceration with the following conditions:

1. Defendant shall serve a period of SIX (6) MONTHS in home detention with electronic monitoring under the guidance and supervision of the U. S. Probation Office. The cost of such monitoring is to be paid by the U. S. Probation Office.

2. Remainder of the restitution of $3,860.00 is mandatory and payable during the term of incarceration and supervised release. During incarceration, the defendant will pay 50% per month of all funds that are available to her. During residential reentry placement, payments will be reduced to 10% of the defendant's gross monthly income. Following release from the residential reentry center, payments will continue to be 10% per month of the defendant's

        monthly gross income for the balance of the term of supervised release. The interest requirement is waived.

3. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

4. Defendant shall participate in mental health counseling with emphasis on anger management under the guidance and supervision of the U.S. Probation Office.

5. Defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns. This also includes records of any business with which defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office until all criminal penalties have been satisfied.

6. Defendant shall maintain or be actively seeking employment.

7. Defendant shall not obtain employment at an institution insured by the FDIC or at a Federal Credit Union.

The defendant is remanded to the custody of the United States Marshal to be transported to the designated facility for the service of the sentence imposed.

IT IS SO ORDERED this 30th day of July 2009.

                                                    <u>/s/Susan Webber Wright</u>

                                                   United States District Judge